UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| ROBERT DAVAUHN PRICE | ) | Case No. 19-20657 |
| XXX-XX-1138 | ) | |
| | ) | |
| DENISE MICHELLE PRICE | ) | |
| XXX-XX-4964 | ) | |
| | ) | |
| | ) | Chapter 13 |
| Debtors | ) | |
| | ) | |

### DEBTOR'S VERIFIED OBJECTION TO PROOF OF CLAIM (8-1) OF WELLS FARGO BANK, N.A.

COME NOW, Debtors Robert and Denise Price, by and through their attorney of record, Todd R. Wagner of Wagner Law Office, P.C., and hereby submits Debtors' Verified Objection to Proof of Claim (8-1) of Wells Fargo Bank NA as follows:

1. Debtors filed for Chapter 13 Bankruptcy relief on April 6, 2020. Debtor disclosed Wells Fargo Bank N.A., ("Wells Fargo") as a secured creditor in their filing. On January 15, 2020, Wells Fargo filed its proof of claim (Claim 8-1) setting forth secured obligation of $161,323.26 with secured arrears totaling $10,041.66. Wells Fargo transferred its claim on March 29, 2021 to US Bank N.A (serviced by Rushmore Loan Management Services) ("Creditor").

2. On March 31, 2022, Debtors satisfied the pre-petition arrears to Creditor by way of a mortgage modification. As of the date of this Objection, Creditor has not amended its claim to notify this Court or the Trustee that its claim has been satisfied, and Creditor has continued to receive distributions from the Trustee despite the mortgage modification. According to the Chapter 13 Trustee's website, Creditor has received $1,588.02 after the March 16, 2022 mortgage modification.

3. Debtor objects to the Creditor's proof of claim and states that the secured arrears owed to Creditor is $316.66 (the amount distributed prior to mortgage modification) and the proof of claim should be amended to accurately that the secured arrears owed by Debtor are $316.66.

WHEREFORE, Debtors Robert and Denise Price, respectfully requests that this Court enter an Order finding that the claim filed by Wells Fargo Bank N.A., (Claim No. 8-1) is hereby amended to properly reflect secured arrears of $316.66 and for such other relief as the Court deems proper.

DATED this 20th day of September, 2022.

WAGNER LAW OFFICE, P.C.

*/s/ Todd R. Wagner*
Todd R. Wagner, Reg. No. 33998
3969 E. Arapahoe Road, Suite 200
Centennial, CO 80122
Phone: (303) 996-0149
Fax: (303) 996-0127
Email: todd@wagnerlawofficepc.com

## **VERIFICATION**

I, Robert Price, have read the foregoing Debtors' Objection to Proof of Claim (8-1) of the Wells Fargo Bank N.A., and know the contents thereof. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Robert Price

I, Denise Price, have read the foregoing Debtors' Objection to Proof of Claim (8-1) of the Wells Fargo Bank N.A., and know the contents thereof. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Denise Price

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Debtor's Objection to Proof of Claim (8-1) of Wells Fargo Bank N.A., and 9013 Notice was served on this 20th day of September, 2022 upon the following:

Erica Loftis, Esq. (SBN 259286)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705

Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

2

Rushmore Loan Management Services LLC
1755 Wittington Place, Suite 400
Dallas, TX 75234

Chapter 13 Trustee, Douglas Kiel
4725 S. Monaco St.
Ste. 120
Denver, CO 80237

                                                */s/ Emily A. Proffitt*
                                                Emily A. Proffitt
                                                Paralegal to Todd R. Wagner